AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of West Virginia

| | |
|---|---|
| Joshua David Weasenforth | ) |
| *Plaintiff* | ) |
| v. | ) |
| Mary Hyra, et al. | ) |
| *Defendant* | ) |

Civil Action No.   3:15-cv-00074

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:   ORDER DISMISSING COMPLAINT UPON PRELIMINARY REVIEW. The Court ORDERS that the Plaintiffs pro se Complaint is DISMISSED WITHOUT PREJUDICE.  The Clerk is DIRECTED to enter a separate judgment order in favor of the Defendants.

This action was *(check one)*:

❑  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   Gina Groh _____ on a motion for

Date:   _____7/30/15_____

CLERK OF COURT

Cheryl Dean Riley

_____
*Signature of Clerk or*